# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Marine Hydraulics International, LLC | )      ASBCA No. 61866 |
| | ) |
| Under Contract No. N50054-17-F-L000 | ) |

APPEARANCE FOR THE APPELLANT:      James A. Kelley, Esq.
                                                    James A. Kelley & Associates
                                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                                    Navy Chief Trial Attorney
                                                  Anthony Hicks, Esq.
                                                    Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 13, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61866, Appeal of Marine Hydraulics International, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals